**DISMISS and Opinion Filed April 2, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00357-CR
### No. 05-19-00358-CR

**DAVID MICHAEL GORDON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F97-22970-P & F98-02564-P**

## MEMORANDUM OPINION

Before Justices Whitehill, Molberg, and Reichek
Opinion by Justice Whitehill

On March 25, 2019, David Michael Gordon filed his pro se notice of appeal in the above two cases. In the notice, he states he was denied the effective assistance of counsel at trial and that, as a result, he was denied probation and sentenced to twenty and forty-five years in prison. According to his notice of appeal, he was sentenced on June 8, 1999. He now seeks to appeal.

In a criminal case where no motion for new trial has been filed, an appellant invokes the jurisdiction of this Court by filing a written notice of appeal within thirty days after the date sentence was imposed. *See* TEX. R. APP. P. 25.2(b), (c), 26.2(a). Thus, appellant's notice of appeal was due no later than July 8, 1999. Because his notice of appeal was filed after that date, we lack jurisdiction over these appeals.

To the extent appellant is seeking out-of-time appeals, we note that only the Texas Court of Criminal Appeals can grant an out-of-time appeal following a final conviction in a felony case. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07(3).

We dismiss these appeals for want of jurisdiction.

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
190357F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

DAVID MICHAEL GORDON, Appellant

No. 05-19-00357-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F97-22970-P.
Opinion delivered by Justice Whitehill.
Justices Molberg and Reichek participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered April 2, 2019



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DAVID MICHAEL GORDON, Appellant

No. 05-19-00358-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F98-02564-P.
Opinion delivered by Justice Whitehill.
Justices Molberg and Reichek participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered April 2, 2019